**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Brian Giddens, | No. CV 07-1201-PHX-SMM (JM) |
| Plaintiff, | **ORDER** |
| vs. |  |
| Deputy Warden R.W. White, et al., |  |
| Defendants. |  |

It appearing to the Court that Defendants' Motion to Dismiss (Dkt. 15) is ready for the Court's consideration,[1]

**IT IS ORDERED** withdrawing the reference of this case to the Magistrate Judge as to Defendants' Motion to Dismiss (Dkt. 15). All other matters shall remain with Magistrate Judge Marshall for disposition as appropriate.

DATED this 15th day of February, 2008.

Stephen M. McNamee
United States District Judge

---

[1] The Court notes that, as of the date of this Order, Plaintiff has failed to respond to the Defendants' motion as ordered. See Dkt. 16 (ordering response filed by February 8, 2008). Plaintiff was warned that the Court, in its discretion, could treat his failure to respond to Defendants' Motion to Dismiss as a consent to the granting of that Motion without further notice. See id. at 2.