**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Brian Giddens, | ) | No. CV 07-1201-PHX-SMM (JM) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Deputy Warden R.W. White, et al., | ) | |
| Defendants. | ) | |

Before the Court is Defendants Wright, Reeder, Signona, Matos, and Lunka's Motion to Dismiss, alleging that Plaintiff's claim is barred by Edwards v. Balisok, 520 U.S. 641 (1997). (Dkt. 15). Defendants filed the Motion to Dismiss on December 17, 2007. (Id.) The magistrate judge warned Plaintiff that failure to respond could be deemed a consent to the granting of the Motion to Dismiss, and ordered Plaintiff to respond by February 8, 2008. (Dkt. 16, Order dated Jan. 8, 2008.) The Court withdrew the reference to the magistrate judge on February 15, 2008, and noted that Plaintiff had failed to respond as ordered. To date, Plaintiff has not filed a response to the Motion to Dismiss nor has he requested an extension of time. The Court will treat Plaintiff's failure to respond as a consent to the granting of the Motion to Dismiss.

Accordingly,

//

//

1 **IT IS HEREBY ORDERED** granting Defendants' Motion to Dismiss (Dkt. 15).

2 Defendants Wright, Reeder, Signona, Matos, and Lunka shall be terminated from this action.

3 DATED this 14th day of March, 2008.

*[Signature]*
Stephen M. McNamee
United States District Judge