**WO**                                                                                                          JDN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Giddens, | No. CV 07-1201-PHX-SMM (JJM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Deputy Warden R. W. White, et al., | |
| Defendants. | |

On March 14, 2008, the Court issued its Order granting the Motion to Dismiss submitted by Defendants Wright, Reeder, Signona, Matos, and Lunka. (Doc. #18.) Those Defendants were thereby dismissed from the action. (Id.). The sole remaining Defendant is Stuart, who has not yet been served. But because the Court granted the Motion to Dismiss, there are no remaining claims against Stuart.

The Motion to Dismiss was based on the ground that Plaintiff's claims are barred because they attack two disciplinary convictions, neither of which have been overturned or vacated. (Doc. #15 at 2-3.) Claims asserting procedural defects in prison disciplinary hearings that, if established, would imply the invalidity of the punishment imposed, are not cognizable under § 1983. Edwards v. Balisok, 520 U.S. 641, 648 (1997). And if a claim is not cognizable under § 1983, it should be dismissed. Id. at 649. Thus, with the Court granting the Motion to Dismiss, Counts I and II are dismissed. There are no other claims set forth in Plaintiff's First Amended Complaint. (See Doc. #7.) As such, the Court will dismiss

Stuart and terminate the action. Accordingly,

**IT IS HEREBY ORDERED** dismissing Plaintiff's First Amended Complaint (Doc. #7).

**IT IS FURTHER ORDERED** dismissing Defendant Stuart.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this action.

DATED this 26th day of March, 2008.

Stephen M. McNamee
United States District Judge