1  **WO**

6  IN THE UNITED STATES DISTRICT COURT
7  FOR THE DISTRICT OF ARIZONA

9  Brian Giddens,  )  No. CV 07-1201-PHX-SMM (JJM)
   )
10      Plaintiff,  )  **AMENDED ORDER**
   )
11  vs.  )
   )
12  )
   Deputy Warden R.W. White, et al.,  )
13  )
       Defendants.  )
14  )
   )

16  This Order amends and replaces the orders previously entered March 14, 2008 (Doc. #18) and March 27, 2008 (Doc. #19). The amendment is necessary to correct a typographical error contained in the previous orders incorrectly identifying Defendant Deputy Warden R.W. White as Defendant "Wright."

20  Before the Court is Defendants White, Reeder, Signona, Matos, and Lunka's Motion to Dismiss, alleging that Plaintiff's claim is barred by <u>Edwards v. Balisok</u>, 520 U.S. 641 (1997). (Doc. #15). Defendants filed the Motion to Dismiss on December 17, 2007. (<u>Id.</u>) The magistrate judge warned Plaintiff that failure to respond could be deemed a consent to the granting of the Motion to Dismiss, and ordered Plaintiff to respond by February 8, 2008. (Doc. #16, Order dated Jan. 8, 2008.) The Court withdrew the reference to the magistrate judge on February 15, 2008, and noted that Plaintiff had failed to respond as ordered. To date, Plaintiff has not filed a response to the Motion to Dismiss nor has he requested an

1 extension of time. The Court will treat Plaintiff's failure to respond as a consent to the
2 granting of the Motion to Dismiss. LRCiv 7.2(i).
3     The sole remaining Defendant is Defendant Stuart, who has not yet been served. As
4 the Court is granting the Motion to Dismiss (Doc. #15), Plaintiff's First Amended Complaint
5 does not set forth any further claims. Therefore the Court will dismiss Defendant Stuart and
6 terminate this action.
7     Accordingly,
8     **IT IS HEREBY ORDERED** granting Defendants' Motion to Dismiss (Doc. #15).
9     **IT IS FURTHER ORDERED** dismissing Plaintiff's First Amended Complaint
10 (Doc. #7).
11     **IT IS FURTHER ORDERED** dismissing Defendant Stuart.
12     **IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this
13 action.
14     DATED this 28th day of March, 2008.

Stephen M. McNamee
United States District Judge